

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00620-CR

Roy Lee **WELCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9580
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 9, 2015.

_____
Rebeca C. Martinez, Justice